# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

AUTO-OWNERS INSURANCE COMPANY,   )
   )
     Plaintiff,   )
   )
vs.   )   **Case No. 3:09-CV-288**
   )
JASON T. LAYMAN and Wife,   )
BRANDI M. LAYMAN,   )
THE HARTFORD, BETTY J. GRAVES   )
and Husband, ROBERT CARSON GRAVES,   )
DEERE & COMPANY,   )
CURTIS INDUSTRIES, LLC,   )
CURTIS TRACTOR CAB, INC.,   )
aka FRED III INDUSTRIES BUSINESS   )
TRUST, and BURCH WOOD d/b/a   )
NEWPORT TIRE AND SERVICE CENTER,   )
   )
     Defendants.   )

## AGREED ORDER OF JUDGMENT AS TO DEFENDANTS JASON T. LAYMAN, BRANDI M. LAYMAN, THE HARTFORD, BETTY J. GRAVES, ROBERT CARSON GRAVES, DEERE & COMPANY, CURTIS INDUSTRIES, LLC AND CURTIS TRACTOR CAB, INC. A/K/A FRED III INDUSTRIES BUSINESS TRUST

On September 29, 2009, the Court entered judgment in favor of Plaintiff Auto-Owners

Insurance Company ("Auto-Owners") and against Defendant Burch Wood d/b/a Newport Tire

and Service Center ("Burch Wood"). In its September 29, 2009 Order, the Court made findings

of fact and conclusions of law and declared that Auto-Owners has no duty to defend or

indemnify Burch Wood in the lawsuit filed against him in the Circuit Court for Jefferson County

that is styled *Jason T. Layman and Wife, Brandi M. Layman, Plaintiffs, and The Hartford,*

*Intervening Plaintiff, v. Betty J. Graves and Husband Robert Carson Graves, Deere & Company,*

*Curtis Industries, LLC, Curtis Tractor Cab, Inc., a/k/a Fred III Industries Business Trust, and*

**EXHIBIT**

tabbies

*1*

*Burch Wood d/b/a Newport Tire & Service Center*, Jefferson County Circuit Court, No. 21, 679-II ("the Action").

Jason T. Layman, Brandi M. Layman, The Hartford, Betty J. Graves, Robert Carson Graves, Deere & Company, Curtis Industries, LLC, and Curtis Tractor Cab, Inc. a/k/a Fred III Industries Business Trust ("the Remaining Defendants"), after reviewing the Court's September 29, 2009 Order, the Amended Complaint filed in the Action, and the insurance policies at issue in this case, have reached the same conclusion that the policies of insurance issued by Auto-Owners to Burch Wood do not provide insurance coverage to Burch Wood for the claims made against him in the Action. The Remaining Defendants further agree that Auto-Owners has no duty to defend or indemnify Burch Wood in the Action. The Remaining Defendants, after consulting with Auto-Owners, have reached agreement that this case should be resolved as to the Remaining Defendants. Therefore, for good cause shown and upon the announcement of Auto-Owners and the Remaining Defendants that they have reached agreement regarding the remaining claims in this case, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      The Court adopts the findings of fact and conclusions of law made in its September 29, 2009 Order, and those findings of fact and conclusions of law apply to the Remaining Defendants.

2.      The Court adopts the declarations made in the September 29, 2009 Order, specifically that Auto-Owners has no duty to either defend or indemnify Burch Wood in the action of *Jason T. Layman and Wife, Brandi M. Layman, Plaintiffs, and The Hartford, Intervening Plaintiff, v. Betty J. Graves and Husband Robert Carson Graves, Deere & Company, Curtis Industries, LLC, Curtis Tractor Cab, Inc., a/k/a Fred III Industries Business Trust, and Burch Wood d/b/a Newport Tire & Service Center*, Jefferson County Circuit Court, No. 21, 679-

647792.1

II, pursuant to the policies of insurance issued by Auto-Owners to Burch Wood. The Court's declarations in its September 29, 2009 Order apply to the Remaining Defendants.

3. Judgment is GRANTED in favor of Auto-Owners and against Jason T. Layman, Brandi M. Layman, The Hartford, Betty J. Graves, Robert Carson Graves, Deere & Company, Curtis Industries, LLC, and Curtis Tractor Cab, Inc. a/k/a Fred III Industries Business Trust.

4. This judgment is a final judgment as to Jason T. Layman, Brandi M. Layman, The Hartford, Betty J. Graves, Robert Carson Graves, Deere & Company, Curtis Industries, LLC, and Curtis Tractor Cab, Inc. a/k/a Fred III Industries Business Trust.

5. No costs shall be taxed.

Enter: Dec 15, 2009

Thomas W. Phillips

Hon. Thomas W. Phillips
United States District Judge

647792.1

Approved for entry:

*s/*Dean T. Howell
Howard E. Jarvis  BPR #006673
Dean T. Howell  BPR #022130
Woolf, McClane, Bright, Allen & Carpenter, PLLC
P.O. Box 900
Knoxville, TN  37901-0900
(865) 215-1000
(865) 215-1001 (fax)
jarvish@wmbac.com
dhowell@wmbac.com

*Attorneys for Plaintiff Auto-Owners Insurance Company*


*s/*Daniel M. Gass by permission DTH
Daniel M. Gass, Esq.  BPR# 013250
O'Neil, Parker & Williamson, PLLC
P.O. Box 217
Knoxville, TN  37901-0217
(865) 546-7190
(865) 546-0789 (fax)
dgass@opw.com

*Attorneys for Defendants Curtis Industries, LLC and Curtis Tractor Cab, Inc. a/k/a Fred III Industries Business Trust*


*s/*Richard T. Wallace by permission DTH
Richard T. Wallace, Esq.  BPR 010151
Wallace & Sexton
111 Commerce Street
Sevierville, TN  37862
(865) 453-1143
(865) 453-5448 (fax)
w_jattys@bellsouth.net

*Attorney for Jason T. Layman and Brandi M. Layman*

647792.1

_s/_Robert R. Davies by permission DTH
Robert R. Davies, Esq.  BPR# 014290
Stokes, Rutherford, Williams, Sharp & Davies, PLLC
920 Volunteer Landing Lane, Suite 100
Knoxville, TN  37915
(865) 544-3833
(865) 544-1849 (fax)

_Attorney for The Hartford_

_s/_Jay R. Slobey by permission DTH
Jay R. Slobey, Esq.  BPR# 005398
James A. Freeman & Associates
2804 Columbine Place
Nashville, TN  37204
(615) 383-3787
(615) 463-8083 (fax)
jslobey@jafreemanlaw.com

_Attorneys for Deere & Company_

_s/_S. Douglas Drinnon by permission DTH
S. Douglas Drinnon, Esq.  BPR# 018629
Rainwater, Drinnon & Churchwell, PC
P.O. Box 1760
Dandridge, TN  37725
(865) 397-3939
(865) 397-4071 (fax)
sdoug@rainwaterlaw.net

_Attorney for Betty Graves and Robert Carson Graves_

647792.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Via U.S. Mail to:

Burch Wood d/b/a Newport Tire and Service Center
c/o Jason S. Randolph, Esq.
Post Office Box 828
Dandridge, TN 37725-0828

s/ Dean T. Howell, Esq.
Dean T. Howell, Esq., BPR 022130

WOOLF, McCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

647792.1